UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Richard S. Crosby</u>

    v.                                Case No. 22-cv-469-SM

<u>Social Security Administration</u>

<u>ORDER</u>

After due consideration of the response filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 21, 2022, for the reasons set forth therein.

The clerk of court shall enter judgment and close the case.

**So ordered.**

                                              _____
                                              Steven J. McAuliffe
                                              United States District Judge

Date: December 1, 2022

cc:   Richard S. Crosby, pro se